No. 155. HUGHES TOOL CO. *v.* TRANS WORLD AIR-LINES, INC. C. A. 2d Cir. Certiorari denied. MR. JUS-TICE FORTAS took no part in the consideration or decision of this petition. *Chester C. Davis* for petitioner. *John F. Sonnett, Carl S. Rowe, Dudley B. Tenney, Marshall H. Cox, Jr.,* and *Abraham P. Ordover* for respondent.

No. 222. ATLAS-PACIFIC ENGINEERING CO. *v.* GEO. W. ASHLOCK CO. C. A. 9th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Edward B. Gregg* and *Melvin R. Stidham* for petitioner. *Frank A. Neal* and *James M. Naylor* for respondent.

No. 272. CAPAROTTA, DBA KINGS BRUSH CO. *v.* AMER-ICAN TECHNICAL MACHINERY CORP. C. A. 2d Cir. Cer-tiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Ralph L. Chap-pell* for petitioner. *John M. Calimafde* for respondent.

No. 288. WELSH CO. *v.* CHERNIVSKY, DBA COMFY BABE CO. C. A. 7th Cir. Certiorari denied. MR. JUS-TICE FORTAS took no part in the consideration or decision of this petition. *Lawrence H. Cohn* and *Ewing Laporte* for petitioner. *John Rex Allen* for respondent.

No. 302. MORTIMER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Abe Krash* and *John F. Kelly* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones* and *John P. Burke* for the United States.